# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jose EDY Martinez, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00282-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Haynes, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2014 Order.

December 2, 2014

_____
Frank G. Johns, Clerk
United States District Court