UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-282-FDW

| | |
|---|---|
| JOSE EDY MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| Ms. FNU HAYNES, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's two Motions for Temporary Restraining Order and Preliminary Injunction, (Doc. Nos. 9; 10), filed on December 30, 2014. Plaintiff's motions will be denied as moot because this action was dismissed by Order of this Court dated December 2, 2014. See (Doc. No. 6).

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction, (Doc. Nos. 9; 10), are both **DENIED** as moot.

Signed: February 3, 2015

Frank D. Whitney
Chief United States District Judge